PEOPLE *v.* UNDERWOOD

Appeal from Berrien, Karl F. Zick, J. Submitted; Division 3 March 12, 1969, at Grand Rapids. (Docket No. 2,792.) Decided March 28, 1969. Rehearing denied May 5, 1969.

O'Neal Underwood was convicted of assault with intent to commit rape. Defendant appeals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *Ronald J. Taylor,* Prosecuting Attorney, and *Wilbur L. Schillinger* and *Tat Parish,* Assistant Prosecuting Attorneys, for the people.

*Samuel R. Henderson,* for defendant on appeal.

BEFORE: McGREGOR, P. J., and R. B. BURNS and DANHOF, JJ.

PER CURIAM. Defendant was convicted by a jury of the crime of assault with intent to rape, MCLA § 750.85 (Stat Ann 1962 Rev § 28.280), and sentenced to 9 years, 11 months to 10 years in prison. He appeals.

A review of the record and briefs demonstrates defendant received a fair trial and therefore no reversible error was committed. The allegations of error on appeal are without merit.